UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL FRANCIS MURRAY,

    Plaintiff,

     v.

HARLEY G. LAPPIN,

    Defendant.

Civil Action No. 09-00992
DAR

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order filed on this date, judgment is hereby entered in favor of Defendant with respect to all of Plaintiff's claims.

                           \_\_\_\_\_/s/_____
                           DEBORAH A. ROBINSON
                           United States Magistrate Judge